JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:

KSL MEDIA, INC., T.V. 10's, LLC, and FULCRUM 5, INC.,

Debtors.

Case No. CV 16-04964-AB

BK Case Nos.: 1:13-bk-15929-MB
1:15-ap-15929-MB

**ORDER RE STAY OF ACTION AND ORDER REMOVING CASE FROM ACTIVE CASELOAD BY VIRTUE OF STAY**

The Court, having considered the parties' Joint Status Report, and **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that:

This action shall be STAYED until the parties reach a Settlement Agreement and it is approved by the Bankruptcy Court;

IS HEREBY ORDERED that this action is removed from the Court's active caseload until further application by the parties or Order of this Court.

In order to permit the Court to monitor this action, the Court orders the parties to file periodic status reports.

1

The first such report is to be filed on **March 1, 2017**, unless the stay is lifted sooner.  Successive reports shall be filed every 90 days thereafter.  Each report must indicate on the face page the date on which the next report is due.

All pending calendar dates are vacated by the Court.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated:  January 25, 2017

By: _____
HON. ANDRÉ BIROTTE JR.
United States District Judge

CC: BK Court